# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  LYNETTE WILSON  Case Number: 08-71453
7812 VENUS STREET  SSN-xxx-xx-0521
LOVES PARK, IL  61111

Case filed on:  5/8/2008
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $108.00   Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | NIEBUHR LAW FIRM | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | LYNETTE WILSON | 0.00 | 0.00 | 108.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 108.00 | 0.00 |
| 001 | COMED CO | 4,219.00 | 1,814.17 | 0.00 | 0.00 |
| 002 | PORTFOLIO RECOVERY ASSOCIATES | 720.25 | 309.71 | 0.00 | 0.00 |
| 003 | CREDITORS PROTECTION SERVICE, INC | 1,106.85 | 475.95 | 0.00 | 0.00 |
| 004 | ASSET ACCEPTANCE CORP | 582.46 | 250.46 | 0.00 | 0.00 |
| 005 | ASSET ACCEPTANCE CORP | 411.93 | 177.13 | 0.00 | 0.00 |
|  | Total Unsecured | 7,040.49 | 3,027.42 | 0.00 | 0.00 |
|  | Grand Total: | 7,040.49 | 3,027.42 | 108.00 | 0.00 |

Total Paid Claimant:  $108.00
Trustee Allowance:  $0.00
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008    By  /s/Heather M. Fagan